UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO ARELLANO-VASQUEZ,<br><br>Defendant. | CASE NO.: 18cr1858 JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION/TRIAL SETTING HEARING** |

**IT IS HEREBY ORDERED** that the joint motion (Docket No.42) requesting, the Motion /Trial Setting Hearing currently set for June 15, 2018, be continued to *July 13, 2018, at 11:00 a.m.* is **GRANTED.**

Time is excluded in accordance with 18 USC Section 3161.

**IT IS SO ORDERED.**

Dated: June 14, 2018

_____
**JEFFREY T. MILLER**
United States District Judge

18cr1858 JM